James Charles Pistorino
james@dparrishlaw.com
Parrish Law Offices
8270 Woodland Ctr Blvd,
Tampa, FL 33614
Telephone: (650) 400-0043

Pro Se

JAN 10 2025 AM 11:01
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| James Charles Pistorino,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant | Case No.: 8:25cv73 WFJ-NHA<br><br>COMPLAINT<br><br>ADMINISTRATIVE PROCEDURE ACT CASE |

1.   This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for injunctive relief and other appropriate relief seeking the disclosure of and release of agency records improperly withheld from Plaintiff by Defendant.

**I.   JURISDICTION AND VENUE**

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 1

TPA-71581
$405

2. This Court has subject matter jurisdiction over this action and the parties pursuant to 5 U.S.C. § 552(a)(4)(B). Venue in this Court is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## II. PARTIES

3. Plaintiff James Pistorino is a natural person and a resident of Palm Harbor, Florida.

4. Defendant U.S. Department of Health and Human Services is an agency of the United States government with its principal offices in Washington, D.C.

## III. FACTUAL BACKGROUND

5. This is the third suit seeking to enforce FOIA requests that materially differ only in their responsive date range. In each of the two prior suits (*Pistorino v. HHS*, Case No. 22-CV-No. 00177-LB (NDCA); *Pistorino v. HHS*, Case No. 23-CV-00380-DMR (NDCA)), eventually, the Secretary produced the requested documents.

6. On December 3, 3024, Plaintiff served a FOIA request on Defendant seeking electronic copies of Original Medicare initial claim

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 2

approvals or denials for claims submitted during the period April 1, 2024 through September 30, 2024 (copy attached as Exhibit A).

7.  The prior two suits obtained those same materials for the period January 1, 2020-March 31, 2024.

8.  Plaintiff submitted his request by following the procedure established by the Department of submitting the request to the email address: FOIA_Request@cms.hhs.gov.

9.  Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the Department was required to determine within 20 working days whether it was going to comply with the request and notify Plaintiff (or notify Plaintiff that "unusual circumstances" justified an extension of up to 10 more working days.

10. As of the date of this filing, Plaintiff has received no response or even an acknowledgement of the request.

11. As of the date of this filing, more than 20 working days have passed since Plaintiff submitted his request.

COMPLAINT ADMINISTRATIVE PROCEDURE ACT CASE - 3

12. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), the Department's failure to abide by the deadlines set forth in the statute constitutes exhaustion of Plaintiff's administrative remedies.

**WHEREFORE**, Plaintiff prays that this Court:

A) Order the Department to disclose the requested records in their entirety and make copies available to Plaintiff;

B) Award Plaintiff its costs and reasonable attorney's fees incurred in this matter; and

C) Grant such other and further relief (including nominal damages) as the Court may deem just and proper.

Dated this 8th day of January, 2025.

_____
James Pistorino

COMPLAINTADMINISTRATIVE PROCEDURE ACT CASE - 4