# EXHIBIT A

 **Gmail**

James Pistorino <james.pistorino@gmail.com>

# FOIA Request
1 message

**James Pistorino** <james.pistorino@gmail.com>    Tue, Dec 3, 2024 at 8:43 AM
To: CMS FOIA Request <FOIA_Request@cms.hhs.gov>

Dear Sirs:

Attached, please find correspondence.

Regards,
James Pistorino

---

📎 **2024_12_03_08_41_50.pdf**
171K

December 3, 2024

James Pistorino
224 Lexington Dr.
Menlo Park, CA 94025
(650) 400-0043

  ***Re*: Freedom of Information Act Request**

Dear Sirs:

  Pursuant to 5 U.S.C. § 551, et seq., (i.e., the Freedom of Information Act), I respectfully request copies of records identified below:

### Request #1:

  Starting on April 1, 2024, through September 30, 2024, the date of production in response to this request, and for each claims submitted to Original Medicare for initial determination, please provide, in electronic format, the compete record associated with each claim excepting any personally identifiable information (*e.g.*, name, street address, HICN/MBI).

Thus, each record would include, at least:

  1) The claim identification number;

  2) The date the claim was submitted;

  3) The amount of the claim;

  4) The CPT/HCPCS code(s) applicable to the claim;

  5) The city/town, ZIP code, and State of the beneficiary;

  6) The name, city/town, ZIP code, and State of the provider and any codes associated with the same;

  7) Whether the claim was approved or denied;

  8) The amount approved or denied;

  9) The date of claim approval or denial; and

  10) Any explanation or code(s) associated with the approval or denial, including any code reflecting the reason for approval or denial, and any explanation provided to the beneficiary.

December 3, 2024
Page 2

For each unique code included in the records, please provide a table reflecting the code and any associated explanation, text, or meaning of the code.

I will pay for the cost of responding to this request being made under the Freedom of Information Act, but please contact me for further authorization if the fees associated with responding to this request exceed $5,000. Please do not hesitate to contact neat (650) 400-0043 or james.pistorino@grnail.com if you have any questions regarding compliance with any request.

Respectfully submitted,

James Pistorino