James Charles Pistorino
james@dparrishlaw.com
Parrish Law Offices
8270 Woodland Ctr Blvd,
Tampa, FL 33614
Telephone: (650) 400-0043

Pro Se

JAN 10 2025 AM 11:01
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| James Charles Pistorino, | Case No.: 8:25 cv 73 WFJ- NHA |
| Plaintiff, | |
| vs. | PRO SE PLAINTIFF'S PETITION TO PARTICIPATE IN CM/ECF FILING |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant | |

1.   Pro se Plaintiff, James Charles Pistorino, petitions this Court for permission to participate in CM/ECF filing.

2.   Given the circumstances, Plaintiff believes that seeking permission to participate as a pro se filer, rather than Special Admission as an attorney is more appropriate.

PRO SE PLAINTIFF'S PETITION TO PARTICIPATE IN CM/ECF FILING - 1

3. Plaintiff is an attorney of nearly thirty (30) years who has recently moved back to his home state of Florida and is representing himself in this FOIA action.

4. Plaintiff is not a member of the Florida Bar.

5. Plaintiff is a graduate of Duke University (B.S.C.S. 1993) and the Duke University School of Law (J.D. 1996).

6. Plaintiff is a member in good standing of the bars of the States of California (SBN 226496) and Texas (SBN 00797828) (non-practicing) as well as the Patent Bar of the USPTO (Reg. No. 44,290).

7. Plaintiff is admitted to practice before multiple federal appellate courts (*e.g.*, US Supreme Court, D.C. Circuit, Federal Circuit, Second Circuit, Seventh Circuit, and Eleventh Circuit) as well as multiple District Courts in California (*e.g.*, Northern District of California), Texas, and elsewhere.

8. In this action, I will comply with the federal rules and this Court's local rules.

9. I am familiar with 28 U.S.C. § 1927, which provides:

PRO SE PLAINTIFF'S PETITION TO PARTICIPATE IN CM/ECF FILING - 2

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorney's fees reasonably incurred because of such conduct.

10. I will register with the Court's CM/ECF system.

11. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics and the legal profession.

Dated this 8th day of January, 2025.

_____
James Charles Pistorino

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party's counsel (the Civil Division of the United States Attorney's Office for the Middle District of Florida) and represent that the opposing party does not oppose the present motion.

PRO SE PLAINTIFF'S PETITION TO PARTICIPATE IN CM/ECF FILING - 3