James Charles Pistorino
james@dparrishlaw.com
Parrish Law Offices
8270 Woodland Ctr Blvd,
Tampa, FL 33614
Telephone: (650) 400-0043

Pro Se

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| James Charles Pistorino, | Case No.: 25-CV-00073-WFJ-NHA |
|---|---|
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant | |

**PROOF OF SERVICE**

Pursuant to Local Rule 1.10(a), Plaintiff files this proof of service. On January 17, 2025, the undersigned mailed, by certified mail, return receipt requested, copies of the Complaint and Summons to the United States Attorney General, the United States Attorney's Office for the Middle

PROOF OF SERVICE - 1

District of Florida, and the Department of Health and Human Services.

The return receipts indicate that these entities were served on January 27, 28, and 29th, respectively.  True and correct copies of the return receipts are attached hereto.

Respectfully submitted:

James Pistorino

February 17, 2025

PROOF OF SERVICE - 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept of HHS
200 Independence Ave SW
Washington, D.C. 20201

9590 9402 9033 4122 9247 48

2. Article Number (Transfer from service label)

9589 0710 5270 1216 3372 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
K. Kurtz

C. Date of Delivery
JAN 1 9 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roger Handberg
US Attorney's Office
400 North Tampa St.
Tampa, FL 33602

9590 9402 9033 4122 9247 55

2. Article Number (Transfer from service label)

9589 0710 5270 1216 3372 84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Cassella
☐ Agent
☐ Addressee

B. Received by (Printed Name)
CASSELLA

C. Date of Delivery
1/28/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
US Attorney General
United States Dept. Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20503-0001

9590 9402 9033 4122 9247 31

2. Article Number (Transfer from service label)

9589 0710 5270 1216 3373 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
JAN 2 7 REC'D
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053