IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES CHARLES PISTORINO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 8:25-CV-73-WFJ-NHA

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

    Defendant.
_____/

**<u>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT</u>**

The United States of America, on behalf of the U.S. Department of Health and Human Services ("HHS"), hereby answers Plaintiff's complaint (Doc. 1) ("Complaint") as follows:

1.    Paragraph 1 contains Plaintiff's characterization of its action, to which no response is necessary. To the extent a response is deemed required, the United States denies the allegations of this paragraph.

## I.   JURISDICTION AND VENUE

2. Paragraph 2 contains conclusions of law to which no response is necessary. To the extent a response is deemed required, the United States admits that the Court has jurisdiction and venue is proper.

## II.   PARTIES

3. At this time, the United States lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 3.

4. The United States admits the allegations in Paragraph 4.

## III.   FACTUAL BACKGROUND

5. At this time, the United States lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5.

6. The United States admits the allegation contained in this paragraph, and respectfully refers the Court to the referenced FOIA request as the best evidence of its contents.

7. The United States lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7.

8. The United States admits the allegation contained in Paragraph 8.

9. Paragraph 9 states a conclusion of law to which no response is necessary. To the extent a response is deemed required, the United States denies the allegation contained in this paragraph.

10. The United States admits the allegation contained in Paragraph 10.

11. The United States admits the allegation contained in Paragraph 11.

12. Paragraph 12 contains a conclusion of law to which no response is necessary. To the extent a response is deemed required, the United States denies the allegation contained in this paragraph.

## REQUEAST FOR RELIEF

The remainder of the Plaintiff's Complaint contains his prayer for relief to which no response is required. To the extent a response is deemed required, the United States denies that Plaintiff is entitled to the relief requested or to any relief.

## GENERAL DENIAL

The United States further denies all allegations in Plaintiff's Complaint not expressly answered or qualified herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted because HHS has not improperly withheld information within the meaning of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*.

### SECOND AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over Plaintiffs' requests for relief to the extent that they exceed the relief authorized under FOIA. *See* 5 U.S.C. § 552.

**WHEREFORE**, the United States requests that this Court dismiss the Complaint with prejudice and award judgment in favor of the United States, together with costs and such further relief as the Court deems appropriate.

Dated: February 27, 2025

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

/s/ *Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone No.: (813) 274-6000
Facsimile No.: (813) 274-6198
E-mail: Christopher.Emden@usdoj.gov